UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW LEE, *individually and on behalf of all others similarly situated*

Plaintiff,

-against-

CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,

Defendants.

22-CV-7988 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of the Court's August 9, 2023 Order, Dkt. 15, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge